UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILIJA RISTIK | No. 21 CR 323<br><br>Judge John Z. Lee |

## JOINT STATUS REPORT

The parties hereby jointly submit this report on the status of the case:

1. Defendant Ilija Ristik is released on bond with conditions.

2. The government has produced voluminous discovery to counsel for Ristik.

3. The defense requires additional time to review and consider any pretrial motions.

4. Accordingly, the parties ask that this matter be continued 60 days.

5. The government requests that time be excluded in the interests of justice to allow the above-described work to be done. The defense does not object.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Andrew C. Erskine*
ANDREW C. ERSKINE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-1875

Dated: May 25, 2022