UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 21 CR 323 |
| | ) |
| ILIJA RISTIK, | ) |
| | ) |
| Defendant. | ) |

UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL
DEFENDANT'S MOTION TO COMPEL PRODUCTION OF UNREDACTED DISCOVERY

Now comes the defendant Ilija Ristik, by his attorney Robert A, Fisher of the FisherLevine Law Group, LLP., and moves this Honorable Court to enter an Order allowing defendant leave to file his Motion to compel the United States Attorney to tender the previously tendered discovery material in an unredacted format. In support of his Motion, defendant states as follows:

1. Defendant's Motion to Compel contains sensitive material.

2. The Government agrees that the Motion should be filed Under Seal. An exhibit to a Status Report was previously filed under seal.

3. This Motion is filed pursuant to Local Rule 26.2.

Wherefore, Defendant, Ilija Ristik prays that an Order be entered granting him leave to file his Motion to Compel under seal.

/s/ Robert A. Fisher
ROBERT A. FISHER
Attorney for Ilija Ristik
20 S. Clark Street, Suite 700
Chicago, Illinois 60603
(312) 372-8888
e-mail: raf@fisherlevinelaw.com