UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILIJA RISTIK | No. 21 CR 323<br><br>Hon. Edmond E. Chang |

**GOVERNMENT'S EXHIBIT LIST**[1]

| No. | Date | Description | Relevance | Objection |
|---|---|---|---|---|
| 1 | May 3, 2018 | Email from Ristik to Agent Rathbun (with body redacted) EMAILS_002-000028 | Shows Ristik using Xtrade email address | |
| 2 | October 2018 to February 2020 | Chase Bank Records for Account "Saint Elizabeth Capital LLC" REPRT_001-000557-777, 780 | Account used by Miller to receive kickback payments | |
| 3 | October 2018 to February 2020 | FRE 1006 summary chart of above | Summary of kickback payments | |

---

[1] The listed summary charts under FRE 1006 remain in the process of being created. Defendant reserves the right to object to any summary chart once produced.

| 4 | October 2018 to April 2020 | Chase Bank Records for Account "Red Star 91, Inc." REPORT_001-002585-86, 2591-4360 | One of the accounts used by Ristik to pay kickback payments | |
|---|---|---|---|---|
| 5 | October 2018 to April 2020 | FRE 1006 summary chart of above | Summary of kickback payments | |
| 6 | September 2018 to January 2020 | Village Bank & Trust Records for Account "XTrade Sales 1 Inc" REPRT_001-002252-2581 | One of the accounts used by Ristik to pay kickback payments | |
| 7 | September 2018 to January 2020 | FRE 1006 summary chart of above | Summary of kickback payments | |
| 8 | September 2018 to February 2020 | Business Records of Vero Business Capital for Customer Xtrade Sales 1 Inc. and FLT Logistics LLC REPRT_001-007174-7540, 8541, 8941-42 | Factoring company records that show some of the funds Ristik received from kickback scheme | |
| 9 | September 2018 to February 2020 | FRE 1006 summary chart of above | Summary of distribution of some of the funds Ristik received from kickback scheme | |
| 10 | February 2018 to February 2020 | Business Records of Victim Company 1 (Load Records and Revenue) REPRT _002-000652 | Shows loads that resulted assigned by Victim Company 1 to Ristik (via Xtrade, FLT, and Equus) as a result of kickback scheme, and revenue generated | |

2

| 11 | February 2018 to February 2020 | FRE 1006 summary chart of above | Summary of loads obtained from kickback scheme | |
|---|---|---|---|---|
| 12 | February 2018 to March 2020 | Business Records of Victim Company 1 (Records of Payments Made) REPRT_002-000232-236, 238 | Shows payments made by Victim Company 1 on behalf of Ristik to factoring companies, a result of kickback scheme | |
| 13 | February 20, 2018 | Business Records of Victim Company 1 (Agreement with Xtrade Sales 1, Inc) REPRT_002-000449-461 | Ristik signs on behalf of Xtrade | |
| 14 | December 6, 2019 | Business Records of Victim Company 1 (Agreement with FLT) | Ristik signs on behalf of FLT | |
| 15 | February 1, 2016 | Business Records of Victim Company 1 (Code of Ethics) REPRT_004-000003-9 | Code of Ethics that was violated by kickback scheme | |
| 16 | December 2019 to January 2020 | Business Records of Equus Trans, LLC REPRT_002-000482, 486-515, 519 | Sets forth the loads (resulting from scheme) and payments that Equus handled on behalf of Xtrade/Ristik | |
| 17 | December 2019 to January 2020 | FRE 1006 summary chart of above | Summary of Equus loads and payments resulting from scheme | |

| 18 | November 21, 2019 | Business Records of Equus Trans, LLC (Agreement with Ristik on behalf of Xtrade) REPRT_002-000347-357 | Ristik signs on behalf of Xtrade | |
| --- | --- | --- | --- | --- |
| 19 | December 2019 to January 2020 | Business Records of Apex Capital Corp. REPRT_004-068903-74934 | Factoring company records that show some of the funds Ristik received from kickback scheme | |
| 20 | December 2019 to January 2020 | FRE 1006 summary chart of above | Summary of records showing some of the funds Ristik received from kickback scheme | |
| 21 | March 2018 to December 2019 | Demonstrative Chart | Comparing load totals and kickback payments | |
| 22 | November 4, 2018 | Unexecuted Consulting Agreement between Saint Elizabeth Capital and Xtrade, with transmittal email REPRT_002-000293-296 | Evidence of timing of beginning and timing of scheme | |

4

      Respectfully submitted,

      MORRIS PASQUAL
      Acting United States Attorney

By: /s/ *Andrew C. Erskine*
   ANDREW C. ERSKINE
   Assistant U.S. Attorney
   219 South Dearborn St., Rm. 500
   Chicago, Illinois 60604
   (312) 353-1875

Dated: February 21, 2024