## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, __William Dietrich__, am employed by __J.B. Hunt Transport Inc.__ (name of entity). My official title is __Sr. Vice President, Operations (SVP)__ (title). As part of my duties as a __SVP__ (title), I am familiar with the records that __J.B. Hunt Transport, Inc__ (name of entity) keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __J.B. Hunt__ (name of entity) in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __J.B. Hunt__ (name of entity):

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

__W__ C. __[signature]__
Signature

Executed on this __5th__ day of __May__, __2024__.

at __Lowell__, __AR__.