## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, __WILLIAM DIETRICH__, am employed by __J.B. Hunt Transport Inc.__
(name of entity)

My official title is __Sr. Vice President, Operations (SVP)__. As part of my duties as a
(title)

__SVP__, I am familiar with the records that __J.B. Hunt Transport, Inc__
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by __J.B. Hunt__ in the ordinary course of its business.
(name of entity)

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of __J.B. Hunt__.
(name of entity)

*List documents*

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

__W.le C. [signature]__
Signature

Executed on this __5th__ day of __MAY__, __2024__.
(day) (month) (year)

at __Lowell__, __AR__.
(city) (state)