FD-302 (Rev. 5-8-10)

FEDERAL BUREAU OF INVESTIGATION



Date of entry      05/22/2024

    DEREK BIDWELL, Director of Engineering at JB Hunt, and BILL DIETRICH, previously interviewed and identified, were interviewed via a telephonic conferencing system. Also participating in the interview was Andrew Erskine, Assistant United States Attorney. After being advised of the identity of the interviewing Agent and the nature of the interview, BIDWELL and DIETRICH provided the following information:

    BIDWELL and DIETRICH were referred to an Excel document titled Midwest_OS_Carrier_Data_v5. This document was not attached.

    BIDWELL's team put the information together in the referenced document. BIDWELL was a Director of Engineering at JB Hunt, and led the intermodal engineering team which worked on data analytics for the intermodal business unit. BIDWELL was based in Arkansas.

    Generally, BIDWELL's team collected data generated by the operations systems. The operations of JB Hunt generated data points, and BIDWELL's team could retrieve and summarize the data points. This data included dispatching and load information, among other things. BIDWELL indicated the data was stored in an IBM database.

    To obtain the data in the referenced spreadsheet, BIDWELL's team pulled the information from a database. The Queries tab included the SQL statements used to pull the data. The data was pulled in response to an FBI request for certain information. BIDWELL and his team responded to the requests by clarifying what exactly was being looked for, which included the carrier list in question, and the location in question. BIDWELL's team used their knowledge of JB Hunt's internal systems to translate the requirements into SQL statements to create the data set. BIDWELL's team looked at both loads and crosstown moves. BIDWELL's team wrote two separate queries: for crosstown moves, and one for load pick-up and delivery moves. BIDWELL believed that someone from his team generated the spreadsheet based on the information pulled.

    The FBI's request for information did not cause BIDWELL's team to alter the data.

Investigation on   05/21/2024   at   Chicago, Illinois, United States (Phone)

File #   318B-CG-3239120                                         Date drafted   05/21/2024

by   JOHNSRUD CORY OVERGAARD

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

318B-CG-3239120

Continuation of FD-302 of  (U) Interview of Derek Bidwell and Bill Dietrich , On 05/21/2024 , Page 2 of 2

    The first tab of the referenced document titled Carrier List was information housed in databases used to identify the carriers. The SCAC_C code was used by JB Hunt to identify a carrier in JB Hunt's operational system. The data on this tab was information contained in a JB Hunt system somewhere. The version history was added by a user after the fact. Project Code was an internal code used by JB Hunt to determine the rate JB Hunt would pay the carriers. The Local, Regional and Other table near the bottom of the first tab was a categorization from JB Hunt's perspective and helped to make sure all of the relevant data was pulled.

    DIETRICH was not personally involved in creating the referenced spreadsheet, but as a function of his job, he was familiar with the data.

    The second tab titled Standard Loads Pivot was a pivot table that was based on the information contained in the third tab titled Standard Loads Detail. The third tab titled Standard Loads Detail was data pulled from JB Hunt's system.

    The second tab titled Standard Loads Pivot was a pivot table that was separated by carrier. OS Load Count was the number of raw records retrieved. Load Distribution appeared to refer to the percentage of total loads for the month. The two percentage columns for each carrier was data that was calculated in Excel.

    On the Crosstown Load Detail tab, the data presented was pulled directly from a JB Hunt database. Columns F and G were the ramp codes and were internal JB Hunt codes assigned to rail ramps. The information showed where a carrier picked up the load, and where it was moved to. The rate paid was specific to the ramp combinations.

    On the Crosstown Loads Pivot tab, the data was drawn from the Crosstown Load Detail tab. The percentages were calculations in Excel.

    The data at JB Hunt that was pulled in response to the FBI's request for information was the data as it was stored in the database.

    DIETRICH's certification of business records referred to the referenced spreadsheet and other versions of the spreadsheet that DIETRICH was involved with.

    KEN MILLER reported to DIETRICH. DIETRICH was familiar with the JB Hunt Code of Ethics. DIETRICH reviewed the Code of Ethics with MILLER upon MILLER's exit from JB Hunt.