UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILIJA RISTIK | Case No. 21 CR 323-1<br><br>Judge Edmond E. Chang |

## STATUS REPORT

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby submits this report on the status of the case, and informs the Court that the government will not be pursuing immunity or filing a motion to compel as to FBI SA Michael Mangan.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Andrew Erskine*
ANDREW ERSKINE
BRIAN WILLIAMSON
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Dated: June 12, 2024